IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUAN ANDRES ORTIZ JUAREZ | § | |
| VS. | § | CIVIL ACTION NO. 1:06cv733 |
| DIRECTOR, TDCJ-CID | § | |

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Petitioner Juan Andres Ortiz, an inmate confined in the Coffield Unit of the Texas Department of Criminal Justice, Institutional Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

<u>Discussion</u>

Petitioner's petition is mostly written in Spanish. He states he is challenging a 1998 criminal conviction. Petitioner does not identify to the court where the conviction was entered. However, he states the presiding judge was Menton Murray. Judge Murray is the presiding judge of the 103rd District Court of Cameron County, Texas.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Cameron County, Texas.  Pursuant to 28 U.S.C. § 124, Cameron County is in the Brownsville Division of the United States District Court for the Southern District of Texas.  As all records and witnesses involving this action may be located in the Southern District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Brownsville Division of the United States District Court for the Southern District of Texas.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this   27   day of   November  , 2006.

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE